No. 43. KANSAS CITY SOUTHERN RY. CO. ET AL. *v.* HOOPER, TAX COLLECTOR. Argued October 23, 1928. Decided October 29, 1928. *Per Curiam:* Reversed on the authority of *Montana National Bank* v.

*Yellowstone County,* 276 U. S. 499; *Oklahoma Operating Co.* v. *Love,* 252 U. S. 331; *St. Louis Iron Mountain & Southern Ry.* v. *Williams,* 251 U. S. 63; *Wadley Southern Ry.* v. *Georgia,* 235 U. S. 651; *Ex Parte Young,* 209 U. S. 123. *Mr. Frank H. Moore,* with whom *Messrs. A. F. Smith, James B. McDonough,* and *Samuel W. Moore* were on the brief, for petitioners. *Mr. E. C. Lake* for respondent.